# EXHIBIT B

| November 2023 | December 2023 | January 2024 | February 2024 | March 2024 | April 2024 |
|---|---|---|---|---|---|
| Balance $0 | Balance $0 | Balance $0 | Balance $0 | Balance $0 | Balance $0 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| May 2024 |
|---|
| Balance $0 |
| Past Due $0 |
| Amount Paid $0 |
| Rating OK |

Total Month


 Inquiries



## Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

| Name |
|---|
| **CAPITAL ONE** |

| Location | Requested On | Phone |
|---|---|---|
| P O Box 31293<br>Salt Lake City, UT 84131 | 05/25/2024 | (800) 955-7070 |

### TRANSUNION CONSUMER INTE

| | | |
|---|---|---|
| Location | Requested On | Phone |
| 760 MARKET STREET 10TH FLOOR<br>SAN FRANCISCO, CA 94102 | 05/25/2024 | (844) 580-6816 |

### CREDITWISE CAPITAL1 TU-C

| | | |
|---|---|---|
| Location | Requested On | Phone |
| CAPITAL ONE N.A.<br>PO BOX 85870<br>RICHMOND, VA 23285 | 05/16/2024 | (877) 383-4802 |

### TRANSUNION CONSUMER INTE

| | | |
|---|---|---|
| Location | Requested On | Phone |
| 100 CROSS STREET<br>SAN LUIS OBISP, CA 93401 | 04/25/2024 | (805) 782-8282 |

### T-MOBILE

| | | |
|---|---|---|
| Location | Requested On | Phone |
| 12920 SE 38TH ST<br>BELLEVIEW, WA 98006 | 03/14/2024 | (800) 937-8997 |

### SUNTRST DBA LGHTSTRM

| | | |
|---|---|---|
| Location | Requested On | Phone |
| 600 NW BROADWAY<br>SUITE 2000<br>SAN DIEGO, CA 92101 | 03/01/2024 | (800) 786-8787 |

### TRANSUNION INTERACTIVE

| | | |
|---|---|---|
| Location | Requested On | Phone |
| 100 CROSS STREET<br>SAN LUIS OBISPO, CA 93401 | 10/14/2023 | (844) 580-6816 |

### DARAINE DELEVANTE via TRANSUNION INTERACTIVE IN

| | | |
|---|---|---|
| Location | Requested On | Phone |
| 100 CROSS ST<br>STE 202<br>SAN LUIS OBISPO, CA 93401 | 05/28/2024, 05/28/2024, 05/16/2023 | (855) 681-3196 |

### DARAINE DELEVANTE via CREDITWISE CAPITAL1 TU-A

| Location | Requested On | Phone |
|---|---|---|
| CAPITAL ONE N.A.<br>PO BOX 85870<br>RICHMOND, VA 23285 | 05/26/2024, 04/27/2024, 03/31/2024, 03/02/2024, 02/04/2024, 01/06/2024, 12/10/2023, 11/11/2023, 10/15/2023, 09/16/2023, 08/20/2023, 07/22/2023, 06/25/2023, 05/27/2023, 04/30/2023, 04/01/2023, 03/05/2023, 02/04/2023, 01/08/2023, 12/10/2022, 11/10/2022, 10/13/2022, 09/12/2022, 08/12/2022, 07/15/2022, 06/15/2022 | (877) 383-4802 |

### DARAINE DELEVANTE via TRANSUNION INTERACTIVE

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET 202<br>SAN LUIS OBISPO, CA 93401 | 04/24/2024 | (844) 580-6816 |

### CONSUMERINFO via CIEXP CSIDPROD

| Location | Requested On | Phone |
|---|---|---|
| 535 ANTON BLVD SUITE 100<br>COSTA MESA, CA 92626 | 04/24/2024, 01/12/2024, 10/31/2022 | (949) 567-3762 |

### DARAINE DELEVANTE via TRANSUNION INTERACTIVE

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET 202<br>SAN LUIS OBISPO, CA 93401 | 10/12/2023, 09/12/2023, 08/12/2023, 07/12/2023, 06/10/2023, 05/08/2023, 04/06/2023, 03/06/2023, 02/06/2023, 12/23/2022, 11/23/2022, 10/16/2022, 09/09/2022 | (800) 493-2392 |

### DARAINE DELEVANTE via KARMATRANSUNION INTERACT

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET<br>SAN LUIS OBISPO, CA 93401 | 08/17/2023 | (844) 580-6816 |

### 169691068 via CREDITWISE CAPITAL1 TU-B

| Location | Requested On | Phone |
|---|---|---|
| CAPITAL ONE N.A.<br>PO BOX 85870<br>RICHMOND, VA 23285 | 06/04/2023 | (877) 383-4802 |

### 799517892 via TRANSUNION INTERACTIVE

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET 202 SAN LUIS OBISPO, CA 93401 | 06/04/2023, 03/18/2023, 02/04/2023, 01/04/2023, 12/02/2022, 11/02/2022, 10/04/2022, 09/15/2022 | (800) 493-2392 |

**FACTACT FREE DISCLOSURE**

| Location | Requested On | Phone |
|---|---|---|
| P O BOX 1000 CHESTER, PA 19016 | 05/16/2023 | (800) 888-4213 |

# Credit Report Messages

To add, remove, or modify a fraud alert, please visit transunion.com/fraud-alerts.

Your credit report contains the following messages

## Security Freeze

Our records indicate that you have placed a credit freeze / security freeze or a lock on your TransUnion credit file. The credit information on this page has been delivered to you under the applicable exemption provisions: Providing a consumer with a copy of the consumer's credit report upon the consumer's request.

## Promotional opt-out

This file has been opted out of promotional lists supplied by TransUnion.
(Note: This opt-out has no expiration date.)

# Additional Information

The following disclosure of information might pertain to you. The additional information may include Special Messages, Office of Foreign Assets Control ("OFAC") Potential Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, Third Party Supplemental Information and/or Consumer Contributed Financial Information. Authorized parties may also receive the additional information below from TransUnion.

## Third Party Supplemental Information

In addition to the information maintained in the above credit report, TransUnion will occasionally contact a third party for supplemental information in connection with a particular transaction in response to a request from a particular customer. Listed below is the supplemental data that TransUnion obtained from such third parties, as well as the name(s) of the TransUnion customer for whom it was obtained.

## Checking Account and Demand Deposit Account (DDA) Activity

**Data Source:**

Chex Systems Inc. (7805 Hudson Road, Suite 100, Woodbury, MN 55125, (800) 513-7125)

# GEORGIA CORPORATIONS DIVISION

## GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **TRANS UNION LLC** |
| Business Type: | **Foreign Limited Liability Company** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **555 West Adams Street, Chicago, IL, 60661-3719, USA** |
| Jurisdiction: | **Delaware** |
| Principal Record Address: | **NONE** |
| Control Number: | **K900660** |
| Business Status: | **Active/Compliance** |
| Date of Formation / Registration Date: | **1/4/1999** |
| Last Annual Registration Year: | **2024** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Corporation Service Company** |
| Physical Address: | **2 Sun Court, Suite 400, Peachtree Corners, GA, 30092, USA** |
| County: | **Gwinnett** |

Back        Filing History        Name History

Return to Business Search

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

Daraine Delevante,
    Plaintiff(s),
v.

Experian Information Solutions Inc,
    Defendant(s).

CIVIL ACTION FILE
NO.: 24CV012216

**ORDER FOR SERVICE AND, IF APPLICABLE, TO FILE DEFAULT MOTION**

The Court hereby ORDERS Plaintiff(s) to effect service on Defendant(s) and file evidence within 60 days of the filing of this action.

In the event that service is perfected on Defendant(s) within 60 days of the filing of this action, and the Defendant(s) is/are in default, Plaintiff(s) is/are further ORDERED to file a properly supported default motion within 60 days after the date of service.

If the Defendant(s) is/are currently in default, Plaintiff(s) has/have 15 days from the date of this Order to file a properly supported default motion.

Failure to comply with this Order shall result in the dismissal of the claim(s) for want of prosecution.[1]

SO ORDERED this 7th day of October, 2024.

*[signature]*

Judge Scott McAfee
Fulton County Superior Court
Atlanta Judicial Circuit

*Filed and served via eFileGA*

---

[1] Pursuant to O.C.G.A. § 9-11-41 (b), the Court is authorized to exercise its inherent power to enter an order of involuntary dismissal sua sponte. *Swartzel v. Garner*, 193 Ga. App. 267, 267 (1989); *Krasner v. Verner Auto Supply*, 130 Ga. App. 892 (1974).