# EXHIBIT A

Case 1:24-cv-05014-LMM   Document 5-3   Filed 11/12/24   Page 2 of 7

Daraine Delevante
360 Pharr Road Apt 114 NE
Atlanta, GA 30305

July 3, 2024

**Trans Union LLC Consumer Dispute Center**
**PO Box 2000**
**Chester, PA 19016**

Exhibit A

**RE: Social Security Number: XXX-XX-3411**

To Whom It May Concern:

### NOTICE AND DEMAND FOR SETTLEMENT OF UNAUTHORIZED INQUIRY ON CONSUMER REPORT

To: Whom It May Concern:

This notice is to inform you that you are unlawfully furnished an unauthorized inquiry on my consumer report. I have not given any of these persons written permission to access my credit profile and you Transunion have an obligation by law to review the written permission before furnishing my consumer reports to any person.

By obtaining my consumer report knowingly without any permissible purpose. 15 USC 1681(q) is a violation of the **Fair Credit Reporting Act** ("FCRA") codified at 15 U.S.C §1681b(a)3(f)(i). *Chester v. Purvis, 260 F. Supp 2d 711 (S.D. Ind. 2003)*

I have not initiated any transaction with any of these persons yet you allowed them to pull my consumer report. Furthermore, I do not have an "account" as defined under 15 U.S.C. 1693a(2) for review or collection.

Your negligence have aided my reports being obtained under false pretenses knowingly without a permissible purpose 15 USC 1681(q)which also constitutes **Aggravated Identity Theft** pursuant to 18 U.S.C. §1028A. You have knowingly transferred, possessed, or used, without lawful authority, a means of identification of me, which is a felony punishable with up to 2 years of imprisonment, in addition to civil liability.

Pursuant to 15 U.S.C. §1681n(a), "Any person who knowingly and willfully obtains information on a consumer from a consumer reporting agency under false pretenses shall be fined under Title 18, imprisoned for not more than 2 years, or both." Your Actions have enabled this identity theft.

You are in violation of the Fair Credit Reporting Act ("FCRA"), [15 U.S.C **§1681b(a)3(f)(i).**, for letting my consumer report be unlawfully obtained " without my authorization or a permissible purpose under the 15 USC 1681b(2) Fair Credit Reporting Act (FCRA) and its guidelines for permissible purpose.

"A person shall not use or obtain a consumer report for any purpose unless;
1. The consumer report is obtained for a purpose for which the consumer report is authorized to be furnished under this section.
2. The purpose is certified in accordance with section 1681b(f). *Chester v. Purvis, 260 F. Supp 2d 711 (S.D. Ind. 2003).*

CERTIFIED MAIL: 9589-0710-5270-1877-4714-95

FCRA section 604(f) provides that "a person shall not use or obtain a consumer report for any purpose unless" the consumer report "is obtained for a purpose for which the consumer report is authorized to be furnished under [FCRA section 604]" and "the purpose is certified in accordance with FCRA section 607 by a prospective user of the report through a general or specific certification.

I am requesting the General or specific certification that was sent to the consumer reporting Agencies! This request is being made pursuant rule 1002.

FCRA section 619 imposes criminal liability on any person who knowingly and willfully obtains information on a consumer from a consumer reporting agency under false pretenses.

Consumers suffer harm when consumer reporting agencies provide consumer reports to persons who are not authorized to receive the information or when recipients of consumer reports obtain or use such reports for purposes other than permissible purposes. These harms include the invasion of consumers' privacy, as well as reputational, emotional, physical, and economic harms.

My privacy have been invaded, my reputation has been damaged, the emotional stress is unbearable not to mention the physical harms, I am scared to look at my consumer reports I have high anxiety or when I apply for any extension of credit my heart starts racing and my palms get sweaty and my head starts pounding. You have damaged me and caused significant economic impact on my life, because of your negligence of the FCRA, I am willing to settle the civil liability damages I have suffered as a result of your violation, I am demanding $1,000 per inquiry, pursuant FCRA §616(a)(1)(B) [15 U.S.C. § 1681n]. Should you fail or refuse to settle the matter by tendering payment after 20 Calendar days of receipt of this notice and demand, I will seek actual damages, civil liability and punitive damages which are greater.

The advisory opinion of the **BUREAU OF CONSUMER FINANCIAL PROTECTION**

**BILLING CODE: 4810-AM-P**

**12 CFR Part 1022**
**Fair Credit Reporting; Permissible Purposes for Furnishing, Using, and Obtaining Consumer Reports**

also reminds consumer report users that FCRA section 604(f) strictly prohibits a person who uses or obtains a consumer report from doing so without a permissible purpose.

I have been damaged as a result of your failure to follow the law I am requesting the DELETION of the inquiry that was placed on my consumer report;

One of the problems with the credit reporting industry that Congress recognized and sought to remedy with the FCRA was that "information in a person's credit file [was] not always kept strictly confidential."[5] The statute was enacted to "prevent an undue invasion of the individual's right of privacy in the collection and dissemination of credit information.

As courts have recognized, "[a] major purpose of the [FCRA] is the privacy" of consumer data.

S.Rep.No.91-517,at4(1969)( noting, as an example of this problem, "are porter For a major TV network was able to obtain 10 out of 20 reports requested at random from 20 credit bureaus by using the name of a completely fictitious company under the guise of offering the individuals credit"). When introducing the bill that would become the FCRA, Senator Proxmire observed that "[w]hat is disturbing is the lack of any public standards to ensure that the information[collected by consumer reporting companies] is kept confidential and used only for its intended purpose. Thegrowingaccessibilityofthisinformationthroughcomputer-anddata-transmissiontechniquesmakesthe problem of confidentiality even more important." 15Cong.Rec.2413(1969).

[6] S.Rep.No.91-517,at1(1969).

[7] *TransUnionCorp.v.FTC*,81F.3d228,234(D.C.Cir.1996).

[8] 15 U.S.C. 1681b(a)(providing that,"[s]ubject to subsection (c),any consumer reporting agency may furnish a consumer report under the following circumstances and no other"). FCRA section 604(c) defines when

CERTIFIED MAIL: 9589-0710-5270-1877-4714-95

consumer reporting companies may furnish consumer reports in connection with credit and insurance transactions not initiated by the consumer.

criminal liability on any officer or employee of a consumer reporting agency who knowingly and willfully provides information concerning an individual from the agency's files to an unauthorized person.[11]

[11] 15 U.S.C. 1681r.

[12] 15U.S.C.1681b(f). FCRAsection607(a) requires that consumer reporting companies, among other things, must require that prospective users of consumer reports "certify the purposes for which the information is sought, and certify that the information will be used for no other purpose." 15U.S.C.1681e(a).

[13] 15 U.S.C. 1681q.

I am also requesting a copy of the certification of the purpose for which the information was sought, and how you certified that the information will not be used for no other purposes.

I did not give any written permission to any of the below corporations yet somehow you gave them access to my consumer report;

**TRANSUNION CONSUMER INTE**

| Location | Requested On | Phone |
|---|---|---|
| 760 MARKET STREET 10TH FLOOR SAN FRANCISCO, CA 94102 | 05/25/2024 | (800) 955-7070 |

**CREDITWISE CAPITAL1 TU-C**

| Location | Requested On | Phone |
|---|---|---|
| CAPITAL ONE N.A PO BOX 85870 RICHMOND, VA 23285 | 05/16/2024 | (877) 383-4802 |

**TRANSUNION CONSUMER INTE**

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET | 04/25/2024 | (805) 782-8282 |

**T-MOBILE**

| Location | Requested On | Phone |
|---|---|---|
| 12920 SE 38TH ST BELLEVIEW, WA 98006 | 03/14/2024 | (800) 937-8997 |

**TRANSUNION INTERACTIVE**

CERTIFIED MAIL: 9589-0710-5270-1877-4714-95

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET SAN LUIS OBISPO, CA 93401 | 10/14/2023 | (844) 580-6816 |

### DARAINE DELEVANTE via TRANSUNION INTERACTIVE IN

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS ST STE 202<br>SAN LUIS OBISPO, CA 93401 | 05/28/2024, 05/28/2024, 05/16/2023 | (855) 681-3196 |

### DARAINE DELEVANTE via CREDITWISE CAPITAL1 TU-A

Location   Phone 844-580-6816

CAPITAL ONE N.A.
PO BOX 85870 RICHMOND, VA 23285

Requested on

05/26/2024, 04/27/2024, 03/31/2024, 03/02/2024, 02/04/2024, 01/06/2024, 12/10/2023, 11/11/2023, 10/15/2023, 09/16/2023, 08/20/2023, 07/22/2023, 06/25/2023, 05/27/2023, 04/30/2023, 04/01/2023, 03/05/2023, 02/04/2023, 01/08/2023, 12/10/2022, 11/10/2022, 10/13/2022, 09/12/2022, 08/12/2022, 07/15/2022, 06/15/2022

### DARAINE DELEVANTE via TRANSUNION INTERACTIVE

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET 202<br>SAN LUIS OBISPO, CA 93401 | 04/24/2024 | (844) 580-6816 |

### CONSUMERINFO via CIEXP CSIDPROD

| Location | Requested On | Phone |
|---|---|---|
| 535 ANTON BLVD SUITE 100<br>MESA, CA 92626 | 04/24/2024, 01/12/2024, 10/31/2022 | (949) 567-3762 COSTA |

### DARAINE DELEVANTE via TRANSUNION INTERACTIVE

Location

100 CROSS STREET 202
SAN LUIS OBISPO, CA 93401

Requested On

10/12/2023, 09/12/2023, 08/12/2023, 07/12/2023, 06/10/2023, 05/08/2023, 04/06/2023, 03/06/2023, 02/06/2023, 12/23/2022, 11/23/2022, 10/16/2022, 09/09/2022

Phone

(800) 493-2392

### DARAINE DELEVANTE via KARMATRANSUNION INTERACT

CERTIFIED MAIL: 9589-0710-5270-1877-4714-95

Location                    Requested On              Phone

100 CROSS STREET            08/17/2023                844) 580-6816

SAN LUIS OBISPO, CA 93401

799517892 via TRANSUNION INTERACTIVE

Location

100 CROSS STREET 202
SAN LUIS OBISPO, CA 93401

Requested On                                          Phone

06/04/2023, 03/18/2023, 02/04/2023, 01/04/2023, 12/02/2022,   (800) 493-2392
11/02/2022, 10/04/2022, 09/15/2022

FACTACT FREE DISCLOSURE

Location                    Requested On              Phone

P O BOX 1000                05/16/2023                (800) 888-4213
CHESTER, PA 19016

Send payment immediately via Certified Funds to:

Daraine Delevante, 360 Pharr Road Apt 114, Atlanta, 30305

CERTIFIED MAIL: 9589-0710-5270-1877-4714-95

## Notarized Identity Verification

PRINT NAME: _Daraine Delevante_
(First Name, Middle Initial, Last Name)

E-mail Address (optional): _daraine_delevante@yahoo.com_

Address: _360 PHARR ROAD NE APT 114_

City: _ATLANTA_   State: _GA_   Zip Code: _30305_

I hereby represent that all above information is true and accurate.

Signature: _[signature]_
(Sign in the Presence of a Notary)

State of **NEW YORK CITY**

County of **MANHATTAN**

I hereby certify that on this _3rd_ day of _JULY_, 20_24_

Personally appeared before me the signer and subject of the above form, who signed or attested to the same in my presence, and presented the following form of identification as proof of his or her identity:

- [x] Driver's License or Govt. Identification Card
- [x] U.S. Passport
- [x] U.S. Military ID Card
- [ ] State Identification Card
- [ ] Social Security Card
- [ ] Birth Certificate
- [ ] Other: _____
(provide description)

Notary Public: _Haydee Powell_
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01PO6420446
Qualified in New York City
Commission Expires 08/09/2025
(Print Name)

My Commission Expires: _____

Notary Public Signature: _[signature]_

[Notary seal: HAYDEE POWELL, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in New York City, 01PO6420446, MY COMMISSION EXPIRES 08/09/2025]