IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARAINE DELEVANTE,<br><br>　　Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>　　Defendant. | CIVIL ACTION NO.<br>1:24-cv-5014-LMM-CMS |

## NON-FINAL REPORT AND RECOMMENDATION

I **RECOMMEND** that the motion to dismiss filed by Defendant Trans Union LLC [Doc. 3] be **DENIED WITHOUT PREJUDICE** because that motion has been mooted by the filing of pro se Plaintiff Daraine Delevante's Amended Complaint [Doc. 5].

**SO REPORTED AND RECOMMENDED**, this 14th day of November, 2024.

_____
Catherine M. Salinas
United States Magistrate Judge