# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DARAINE DELEVANTE,

        Plaintiff,

v.     Civil No. 1:24-cv-5014-LMM-CMS

TRANS UNION LLC,

        Defendant.

## DEFENDANT TRANS UNION LLC'S
## MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

Defendant Trans Union LLC ("Trans Union"), by and through its counsel, files this Motion to Dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and contemporaneously files its Memorandum in Support of this Motion and incorporates it herein by reference for all purposes.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union LLC respectfully requests that its Motion to Dismiss Plaintiff's Amended Complaint be granted, and for such other and further relief, both general and specific, at law and in equity, to which it may show itself justly entitled.

1

Respectfully submitted,

*/s/ Paul W. Sheldon*
Paul W. Sheldon
psheldon@qslwm.com
Georgia Bar No. 947098
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 North Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5453
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

## LOCAL RULE 5. 1 CERTIFICATION

I hereby certify DEFENDANT TRANS UNION LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

*/s/ Paul W. Sheldon*
**PAUL W. SHELDON**

## **CERTIFICATE OF SERVICE**

I hereby certify on this 14th day of November 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

None.

I hereby certify that I have mailed by United States Postal Service the above and foregoing document to the following:

Daraine Delevante
360 Pharr Rd NE, Apt. 114
Atlanta, GA 30305
(347) 852-0294
***Pro Se Plaintiff***

                                                */s/ Paul W. Sheldon*
                                                **PAUL W. SHELDON**

7660201.1