IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DARAINE DELEVANTE,

        Plaintiff,

v.

        Civil No. 1:24-cv-5014-LMM-CMS

TRANS UNION LLC,

        Defendant.

## PROPOSED ORDER GRANTING TRANS UNION LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

This matter is before the Court on Defendant Trans Union LLC's Motion to Dismiss Plaintiff's Amended Complaint with prejudice.

The Court has considered the Motion, and it is: ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED.

DATED this _____ day of _____ 2024.

_____
**HONORABLE CATHERINE M. SALINAS**
UNITED STATES MAGISTRATE JUDGE

7660206.1