**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DARAINE DELEVANTE,

    Plaintiff,

v.

            Civil No. 1:24-cv-5014-LMM-CMS

TRANS UNION LLC,

    Defendant.

**PROPOSED ORDER GRANTING
DEFENDANT TRANS UNION LLC'S MOTION TO STAY**

This matter is before the court on Defendant Trans Union LLC's Motion Stay this case, including all pretrial deadlines and discovery, until after resolution of its pending Motion to Dismiss Plaintiff's Amended Complaint. (ECF No. 8). Because resolution of Trans Union's Motion to Dismiss could dispose of Plaintiff's claims, a stay of the proceedings at this early stage could avoid unnecessary expense without unduly delaying progress.

Accordingly, the motion is **GRANTED** and this case is hereby **STAYED** pending the District Judge's ruling on Trans Union's Motion to Dismiss Plaintiff's Amended Complaint. *See McDade v. Equifax Info. Servs., LLC,* No. 1:20-CV-03509-ELR-AJB, 2021 WL 4816636, at *1 (N.D. Ga. May 25, 2021) (explaining that a magistrate judge has broad discretion to stay discovery pending decision on a dispositive motion and that a stay can "support efficiency and the preservation of

1

judicial and party resources"). The undersigned will enter a recommendation regarding the pending Motion to Dismiss in due course.

DATED this _____ day of _____ 2024.

_____
**HONORABLE CATHERINE M. SALINAS**
UNITED STATES MAGISTRATE JUDGE

2