IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| DARAINE DELEVANTE. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-5014-LMM-CMS |
| | ) | |
| TRANSUNION, LLC., | ) | MOTION REQUESTING DOCUMENTS |
| | ) | |
| Defendant. | ) | |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 0 3 2024

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

## MOTION TO COMPEL DOCUMENTATION OF COMPLIANCE WITH PERMISSIBLE PURPOSE REQUIREMENTS UNDER 12 CFR PART 1022

**TO THE HONORABLE COURT:**

**TO THE HONORABLE COURT:**

COMES NOW the Plaintiff, Daraine Delevante, pro se, and files this Motion to Compel Defendant TransUnion, LLC to produce documentation evidencing compliance with the Fair Credit Reporting Act (FCRA), specifically 15 U.S.C. § 1681b and the implementing regulation 12 CFR Part 1022, concerning permissible purposes for furnishing and using Plaintiff's consumer reports. In support of this motion, Plaintiff shows the following:

## BACKGROUND

1. Plaintiff alleges that Defendant TransUnion accessed and furnished Plaintiff's consumer report **66 times** without a permissible purpose as required under the FCRA.

2. Under 15 U.S.C. § 1681b and 12 CFR Part 1022, a consumer reporting agency may only furnish a consumer report under specific circumstances enumerated in the statute, including but not limited to, with the consumer's consent, or in connection with credit, employment, insurance underwriting, or other statutorily approved purposes.

3. To determine whether the Defendant complied with these laws, Plaintiff seeks to compel the production of records and documentation evidencing the specific permissible purposes relied upon for each instance of access or furnishing of Plaintiff's consumer reports.

## RELIEF REQUESTED

Plaintiff respectfully requests that this Court order the Defendant to produce the following:

1. **Records of Authorization**: Any and all records, contracts, or agreements showing Plaintiff's consent to furnish or access the consumer reports.

2. **Permissible Purpose Justifications**: Documentation identifying the statutory permissible purpose relied upon for each of the 66 instances by TransUnion.

3. **End-User Certifications**: Any and all certifications or agreements with third-party end-users to whom Plaintiff's consumer report was furnished, detailing the permissible purpose.

4. **Audit Logs and Transaction Records**: Internal audit logs or other records showing the dates, times, and reasons for each instance of access or furnishing of Plaintiff's consumer report.

5. **Compliance Policies**: Copies of Defendants' policies, procedures, and training materials regarding compliance with 15 U.S.C. § 1681b and 12 CFR Part 1022.

## LEGAL STANDARD

Under the Federal Rules of Civil Procedure, Rule 26(b)(1), parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case. The requested documents are relevant and necessary to determine whether Defendants complied with federal law governing the furnishing of consumer reports.

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests that this Court issue an order compelling Defendant TransUnion, LLC to produce the requested documentation within a reasonable time frame, and grant any further relief deemed just and proper.

Respectfully submitted,
Daraine Delevante
360 Pharr Rd NE
Atlanta, GA, 30305
347-852-0294
daraine_delevante@yahoo.com

Date: November 29, 2024

## Certificate of Service

I hereby certify that a copy of the foregoing Motion to Compel was served on Defendant through their counsel of record via [United States postal Service priority & certified mail, & electronic filing system on this November 29, 2024.

Daraine Delevante