IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DARAINE DELEVANTE,

        Plaintiff,

v.

TRANSUNION, LLC,

        Defendant.

Case No.: 1:24-cv-05014-LMM-CMS

**TRANS UNION LLC'S RESPONSE TO PLAINTIFF'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

COMES NOW, Trans Union LLC ("Trans Union"), and files this Response to Plaintiff's Motion to Compel Production of Documents. Trans Union respectfully requests this Court to deny Plaintiff's Motion to Compel and for all other such relief to which it deems Trans Union is entitled.

## I.   PROCEDURAL BACKGROUND

1. Plaintiff filed his Motion to Compel (Dkt. 13) on December 3, 2024, alleging that Trans Union "accessed and furnished Plaintiff's consumer report **66 times** without a permissible purpose" and requesting that Trans Union produce "records and documentation evidencing the specific permissible purposes relied upon for each instance of access." Trans Union denies these allegations and respectfully requests that Plaintiff's Motion be denied, as Trans Union has fully complied with all relevant rules and provisions under the Fair Credit Reporting Act ("FCRA") concerning the access and furnishing of Plaintiff's consumer reports at all

1

times. Further, the discovery window has not opened in this case and Plaintiff's discovery motion regarding production of documents is premature. Such action before the discovery window opens undermines the integrity of the discovery process.

2.  Additionally, Plaintiff's filing of a Motion to Compel documents without serving a formal request renders the request invalid. Proper methods for requesting documents typically involve formal discovery tools such as interrogatories and requests for production. These tools ensure transparency and fairness in the process. If documents are requested through improper means—such as informal or unauthorized requests, or without adhering to the specific requirements for the exchange of information—this creates unnecessary confusion and risks violating due process. Additionally, improper document requests could lead to unnecessary delays or result in documents being excluded from the case due to procedural errors. The legal process is designed to protect all parties involved, and any deviation from the established methods could be seen as an attempt to bypass the rules or undermine the opposing party's right to object or challenge the request.

3.  Both the failure to adhere to the established discovery window and the improper method for requesting documents disrupt the fairness and efficiency of legal proceedings. It is crucial for all parties involved to follow the correct legal channels and timelines to ensure due process is maintained. Any actions outside of

these bounds could be seen as procedural violations, which could weaken a party's case and delay the resolution of the matter at hand. Because of the reasons set forth above, Trans Union respectfully requests that this Court deny Plaintiff's Motion to Compel Documentation.

                              Respectfully submitted,

                              */s/ Paul W. Sheldon*
                              Paul W. Sheldon
                              psheldon@qslwm.com
                              Georgia Bar No. 947098
                              Quilling, Selander, Lownds,
                              Winslett & Moser, P.C.
                              6900 North Dallas Parkway, Suite 800
                              Plano, TX 75024
                              (214) 560-5453
                              (214) 871-2111 Fax
                              **Counsel for Trans Union LLC**

7721527.1

## **LOCAL RULE 5. 1 CERTIFICATION**

I hereby certify that the TRANS UNION LLC'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DOCUMENTATION has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

*/s/ Paul W. Sheldon*
**PAUL W. SHELDON**

7721527.1

## CERTIFICATE OF SERVICE

I hereby certify on this 16th day of December 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

None.

I hereby certify that I have mailed by United States Postal Service the above and foregoing document to the following:

Daraine Delevante
360 Pharr Rd NE, Apt. 114
Atlanta, GA 30305
(347) 852-0294
*Pro Se Plaintiff*

*/s/ Paul W. Sheldon*
**PAUL W. SHELDON**