DIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DARAINE DELEVANTE,

                Plaintiff,

v.                                                  Civil No. 1:24-cv-5014-LMM-CMS

TRANS UNION LLC,

                Defendant.

**PROPOSED ORDER DENYING PLAINTIFF'S
MOTION TO COMPEL DOCUMENTATION**

This matter is before the court on Plaintiff's Motion to Compel Documentation. (ECF No. 13).

The Court has considered Plaintiff's Motion and Trans Union's Response, and it is so ORDERED AND ADJUDGED that the Motion is DENIED and STRICKEN.

DATED this _____ day of _____ 2024.

                                        _____
                                        **HONORABLE CATHERINE M. SALINAS**
                                        UNITED STATES MAGISTRATE JUDGE