UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARAINE DELEVANTE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC,<br><br>　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-05014-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 24th day of January, 2025.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By:　s/Courtney Pollard
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 24, 2025
Kevin P. Weimer
Clerk of Court

By:　s/Courtney Pollard
　　　　Deputy Clerk